No. 74–6003. ALVAREZ-GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–6126. COLLINS v. BENSINGER ET AL. C. A. 7th Cir. Certiorari denied. Reported below: 506 F. 2d 1405.

No. 74–6259. GONZALES, AKA MARTINEZ, ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 510 F. 2d 383.

No. 74–6327. DE LEON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 506 F. 2d 1054.

*Assignment Order*

An order of THE CHIEF JUSTICE designating and assigning Mr. Justice Clark (retired) to perform judicial duties in the United States Court of Appeals for the Seventh Circuit from October 20, 1975, to October 24, 1975, and for such additional time as may be required to complete unfinished business, pursuant to 28 U. S. C. § 294 (a), is ordered entered on the minutes of this Court, pursuant to 28 U. S. C. § 295.